IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-CV-2640-RBJ-BNB

ARDIS L. KERNS,

    Plaintiff,

v.

BANNER HEALTH, doing business as North Colorado Medical Center

    Defendant.

---

ORDER REGARDING STIPULATED MOTION FOR DISMISSAL OF COUNT III (WRONGFUL TERMINATION OF PLAINTIFF'S FIRST AMENDED COMPLAINT)

---

The Court, having considered the parties' Stipulated Motion for Dismissal of Count III (Wrong Termination) of Plaintiff's First Amended Complaint [Docket #26], and good cause appearing,

IT IS ORDERED dismissing Count III of Plaintiff's First Amended Complaint with prejudice, each side to bear its own fees and costs.

DATED this 1st day of May, 2012.

BY THE COURT:

*[signature]*

_____
R. Brooke Jackson
United States District Judge