IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-CV-2640-RBJ-BNB

ARDIS L. KERNS,

    Plaintiff,

v.

BANNER HEALTH, doing business as North Colorado Medical Center

    Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

Upon Stipulated Motion by the parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

DATED this 27th day of June, 2012.

BY THE COURT:

_Brooke Jackson_
_____
R. Brooke Jackson
United States District Judge